IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PLUMBERS AND FITTERS LOCAL UNION 101, et al.,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | )    CIVIL NO. 04-557-GPM <br> ) |
| **ALL-METRO SERVICES, INC.,** | ) <br> ) |
| Defendant. | ) |

# <u>ORDER</u>

**MURPHY, Chief District Judge:**

     Plaintiffs brought this action under Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132, and Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185, seeking to collect delinquent dues and fringe benefit contributions owed to the Plumbers and Fitters Local Union 101 ("the Union") and to the employee benefit funds affiliated with the Local Union ("the Funds") pursuant to the terms of collective bargaining agreements between the Union and Defendant All-Metro Services, Inc.

     For the period from May 2003 until September 2003, Defendant has underpaid the Union and the Funds in the principal amount of $16,329.53. Pursuant to Section 502(g) of ERISA, Section 301 of the LMRA, and the collective bargaining agreement, Plaintiffs are entitled to recover these unpaid principal amounts together with damages, attorney's fees, and costs. The collective bargaining agreement sets the liquidated damages at 1½ % per month for unpaid amounts due. The damages on the unpaid amounts total $9,602.92. Plaintiffs have incurred attorney's fees of

$1,497.50 and costs of $321.00.

It is hereby ordered that Plaintiffs' motion for default judgment (Doc. 16) is **GRANTED,** and the Clerk is **DIRECTED** to enter judgment against Defendant for the period of May 2003 to September 2003 in the total amount of **$27,750.95**.

**IT IS SO ORDERED.**

DATED:  03/29/06

s/ G. Patrick Murphy  
G. PATRICK MURPHY  
Chief United States District Judge
