IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PLUMBERS AND FITTERS LOCAL UNION 101, et al.,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL NO. 04-557-GPM ) |
| **ALL-METRO SERVICES, INC.,** | ) ) |
| Defendant. | ) ) |

# DEFAULT JUDGMENT

This action came before the Court on a motion for default judgment. *Doc. 16*. The issues having been heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 29, 2006, judgment is entered in favor of Plaintiffs and against Defendant, All-Metro Services, Inc., in the amount of **$27,750.95**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall pay any additional reasonable attorney's fees and costs incurred thereafter in connection with this case until this judgment has been fully executed.

**DATED**: 03/29/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE